her death and plaintiff could not, therefore, recover in this action.

*Richard B. Hand* and *J. Baldwin Hand* for appellant.

*Benjamin Reass, Hugo Hirsh* and *Emanuel Newman* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, COLLIN, HOGAN, CARDOZO and POUND, JJ.

---

ELLEN FITZSIMONS, as Administratrix of the Estate of PETER FITZSIMONS, Deceased, Respondent, *v.* FELIX ISMAN, Appellant.

*Fitzsimons v. Isman*, 166 App. Div. 262, affirmed.
(Argued October 30, 1916; decided November 21, 1916.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered February 8, 1915, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for the death of plaintiff's intestate alleged to have been occasioned through the negligence of defendant. On November 1, 1912, at about one A. M., a fine clear morning, decedent, a police officer, while in the performance of his duty, was struck and killed by defendant's automobile proceeding south on the west drive of Central Park between Seventy-third and Seventy-fourth streets.

*Theodore H. Lord* and *Lyman A. Spalding* for appellant.

*James M. Donohue* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, COLLIN, HOGAN, CARDOZO and POUND, JJ.